IH-32                                                                                        Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

The New York Times Company,

                    Plaintiff                          Case Number

                       vs.                             1:25-cv-10106

Perplexity AI, Inc.

                    Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Dow Jones & Company, Inc.

                    Plaintiff                          Case Number

                       vs.                             24-cv-07984

Perplexity AI, Inc.

                    Defendant

*See also Encyclopaedia Britannica, Inc. v. Perplexity AI, Inc.*, Case No. 25-cv-07546;
*Chicago Tribune Company, LLC v. Perplexity AI, Inc.*, Case No. **25-cv-10094**

IH-32                                                                                                Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open          (If so, set forth procedural status and summarize any court rulings.)

On October 21, 2024, Dow Jones & Company, Inc. filed an action against Perplexity AI, Inc. This case was assigned to Judge Katherine Polk Failla. On August 21, 2025, Judge Failla denied Defendant's motion to dismiss. The Scheduling Order, issued on August 29, 2025, set the deadline for document discovery by April 3, 2026, fact discovery by June 4, 2026, and expert discovery by September 2, 2026. No trial date has been set.

On September 10, 2025, Encyclopaedia Britannica, Inc. filed an action against Perplexity AI, Inc. The case was declined as related to the Dow Jones action on September 15, 2025, and subsequently assigned to Judge Jennifer L. Rochon. On November 3, 2025, Defendant filed a partial motion to dismiss, and on November 24, 2025, Plaintiff filed its opposition. Defendant's reply is due by December 15, 2025. There has been no schedule set for the case and discovery is believed to be in its initial stages.

On December 4, 2025, Chicago Tribune Company, LLC filed an action against Perplexity AI, Inc. The Plaintiff also filed a Related Case Statement identifying the *Dow Jones & Company, Inc.* and *Encyclopaedia Britannica, Inc.* cases as related.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This lawsuit is brought on behalf of news publisher The New York Times Company ("The Times"). The Times asserts overlapping copyright claims against the same Defendant as the *Dow Jones & Company, Inc.*, *Encyclopaedia Britannica, Inc.*, and *Chicago Tribune* cases. The claims arise from substantially similar acts, including the Defendant's unauthorized use of The Times's content to power Defendant's generative artificial intelligence products and tools. Accordingly, some of the basic legal theories, sources of liability, relief requested, basis of jurisdiction, and factual allegations regarding Defendant's conduct brought in the *Dow Jones & Company, Inc. Encyclopaedia Britannica, Inc.,* and *Chicago Tribune* cases are the same. We expect that there will be substantial overlap between the legal and factual issues among the cases, and designating these cases as related would avoid duplicative efforts, expenses, and burdens on the Court. Counsel for The Times also serves as counsel for Plaintiff in the *Chicago Tribune* case.

Signature: _/s/ Steven Lieberman_                    Date: _December 5, 2025_

Firm: _Rothwell Figg Ernst & Manbeck, P.C._