IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-10106-KPF<br><br>**DECLARATION OF ALEXANDRA HUGHES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Alexandra Hughes, declare as follows:

1. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I respectfully submit this Declaration in support of my motion for an Order for admission to practice *pro hac vice* to appear as counsel for THE NEW YORK TIMES COMPANY in the above-captioned action.

2. I am a member in good standing of the bar(s) of the District of Columbia and the Commonwealth of Virginia. Attached as Exhibit A is a true and correct copy of the Certificates of my Good Standing from the District of Columbia Court of Appeals and the Supreme Court of Virginia.

3. I have never been convicted of a felony, I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2025

Washington, DC

*/s/Alexandra Hughes*
Alexandra Hughes

1