```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THE NEW YORK TIMES COMPANY,

           Plaintiff,

-against-

PERPLEXITY AI, INC.,

           Defendant.

No. 25-CV-10106 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The firm in which my husband used to be a partner, Cahill Gordon & Reindel, from time to time represents The New York Times, and he worked on some of those matters. He is no longer a partner at the firm.

**SO ORDERED.**

Dated:    December 30, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge