UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

                    Plaintiff,

-against-

PERPLEXITY AI, INC.

                    Defendant.

25-CV-10106

ORDER

LORETTA A. PRESKA, United States District Judge:

On December 15, 2025, this case was referred to a magistrate judge for general pretrial matters. See Dkt. No. 10. As per this Court's individual practice, all matters shall proceed before this Court unless the Court refers a specific matter to a magistrate judge.

The Clerk of the Court is directed to withdraw the operative referral order at Dkt. No. 10.

**SO ORDERED.**

Dated:    New York, New York
          January 2, 2026

_____
LORETTA A. PRESKA
United States District Judge