UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-10106-LAP-GWG <br><br> **[PROPOSED] ORDER** |

For the reasons discussed at the January 5, 2026 Status Conference, Exhibit A from AO 121 Form Copyright (Dkt. 5) is to be attached as Exhibit A to the Complaint (Dkt. 1).

**SO ORDERED**.

Dated: _____
New York, New York

_____
LORETTA A. PRESKA
United States District Judge