UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PERPLEXITY AI, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-10106-LAP-GWG<br><br>**ORDER** |

      For the reasons discussed at the January 5, 2026 Status Conference, Exhibit A from AO 121 Form Copyright (Dkt. 5) is to be attached as Exhibit A to the Complaint (Dkt. 1).

**SO ORDERED**.

Dated: January 8, 2026
      New York, New York

_____
LORETTA A. PRESKA
United States District Judge