# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-10106-LAP<br><br>**[PROPOSED] ORDER** |

As discussed at the January 5, 2026 Status Conference, and as stipulated to by the parties, the Court adopts the following deadlines with respect to Defendant's response to the Complaint:

1.  Defendant shall respond to the Complaint on or before **February 27, 2026**.

2.  If Defendant files a motion to dismiss, Plaintiff's opposition to such motion shall be due on **March 30, 2026**.

3.  Defendant's reply in support of its motion to dismiss shall be due on **April 20, 2026**.

**SO ORDERED**.

Dated: January ___, 2026
New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge