UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

v.

PERPLEXITY AI, INC.,

Defendant.

Civil Action No. 1:25-cv-10106-LAP

[PROPOSED] ORDER

As discussed at the January 5, 2026 Status Conference, and as stipulated to by the parties, the Court adopts the following deadlines with respect to Defendant's response to the Complaint:

1. Defendant shall respond to the Complaint on or before **February 27, 2026.**

2. If Defendant files a motion to dismiss, Plaintiff's opposition to such motion shall be due on **March 30, 2026.**

3. Defendant's reply in support of its motion to dismiss shall be due on **April 20, 2026.**

**SO ORDERED.**

Dated: January *12*, 2026
New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge