UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-10106-LAP-GWG<br><br>**ORDER** |

Pursuant to this Court's January 8, 2026 Order (Dkt. 28), Plaintiff The New York Times Company is directed to file a corrected Complaint, in which Exhibit A from AO 121 Form Copyright (Dkt. 5) is to be attached as Exhibit A to the corrected Complaint.

**SO ORDERED**.

Dated: January 27, 2026
New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
United States District Judge