**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, WIRECUTTER, INC., and THE ATHLETIC MEDIA COMPANY, <br><br>             Plaintiffs, <br><br>     v. <br><br> PERPLEXITY AI, INC., <br><br>             Defendant. | Civil Action No. 1:25-cv-10106-LAP-GWG |

**Exhibits A.27.1-A.31.1**
**The New York Times Company, Wirecutter, Inc., and The Athletic Media Company's**
**First Amended Complaint**

Dated: March 20, 2026                 By: /s/ *Steven Lieberman*

                                      Steven Lieberman (SL8687)
                                      Jennifer B. Maisel (5096995)
                                      Robert Parker *(pro hac vice forthcoming)*
                                      Jenny L. Colgate *(pro hac vice forthcoming)*
                                      Alexandra S. Hughes *(admitted pro hac vice)*
                                      Kristen J. Logan *(pro hac vice forthcoming)*
                                      Bryan B. Thompson (6004147)
                                      ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                                      901 New York Avenue, N.W., Suite 900 East
                                      Washington, DC 20001
                                      Telephone: (202) 783-6040
                                      Facsimile: (202) 783-6031
                                      slieberman@rothwellfigg.com
                                      jmaisel@rothwellfigg.com
                                      rparker@rothwellfigg.com
                                      jcolgate@rothwellfigg.com
                                      ahughes@rothwellfigg.com
                                      klogan@rothwellfigg.com
                                      bthompson@rothwellfigg.com

                                      *Attorneys for Plaintiffs*

1