**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,
WIRECUTTER, INC. and
THE ATHLETIC MEDIA COMPANY,

    Plaintiffs,

  v.

PERPLEXITY AI, INC.,

    Defendant.

Civil Action No. 1:25-CV-10106-LAP

**NOTICE OF DEFENDANT'S**
**MOTION TO DISMISS**

   PLEASE TAKE NOTICE that, upon the accompanying Consolidated Memorandum of Law in Support of Defendant's Motions to Dismiss, dated April 17, 2026, filed concurrently herewith, and the Declaration of Kathleen E. McCarthy in Support of Defendant Perplexity AI, Inc.'s Motions to Dismiss and the exhibits attached thereto, filed February 27, 2026 (Dkt. 41), and all prior papers and proceedings herein, the undersigned shall move this Court on behalf of Defendant Perplexity AI, Inc. ("Perplexity") before the Honorable Loretta A. Preska, in Courtroom 12A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts II through V of the Complaint, and for such other and further relief as the Court deems proper.

   Perplexity is also moving to dismiss Counts II and III of the Complaint in *Chicago Tribune Company, LLC v. Perplexity AI, Inc.*, Case No. 1:25-cv-10094-LAP.  In accordance with the

Court's Orders dated February 24, 2026 (Dkt. 39) and March 26, 2026 (Dkt. 56), the Memorandum of Law filed in support of this motion is being filed in both actions, in support of both motions.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated March 26, 2026 (Dkt. 56), Plaintiff's opposition to this motion shall be due on Friday, May 15, 2026, and Perplexity's reply in support of this motion shall be due on Tuesday, June 9, 2026.

Dated:  April 17, 2026

Respectfully submitted,

**KING & SPALDING LLP**

/s/ *Bruce W. Baber*
Bruce W. Baber (*admitted pro hac vice*)
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Telephone: 404-572-4600
bbaber@kslaw.com

Kathleen E. McCarthy
Jackie Fugitt
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: 212-556-2100
kmccarthy@kslaw.com
jfugitt@kslaw.com

Neel Chatterjee (*admitted pro hac vice*)
245 Lytton Avenue, Suite 150
Palo Alto, California 94301
Telephone: 650-422-6700
nchatterjee@kslaw.com

*Attorneys for Defendant Perplexity AI, Inc.*

2