**LATHAM&WATKINS** LLP



August 7, 2026

**VIA ECF**

The Honorable Loretta A. Preska
US. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312

> Re:   *Chicago Tribune Co. v. Perplexity AI, Inc.*,
>          No. 1:25-cv-10094-LAP; and
>          *The New York Times Co., et al. v. Perplexity AI, Inc.*,
>          No. 1:25-cv-10106-LAP

Dear Judge Preska:

We write on behalf of Perplexity AI, Inc., defendant in the above-captioned actions, to clarify two prior statements regarding Perplexity's preservation efforts. Perplexity provides the technical clarifications below only to avoid future confusion—they do not alter Perplexity's extensive preservation efforts as described in the parties' Rule 26(f) reports. *See* No. 1:25-cv-10094-LAP, ECF No. 49 at 17 ¶ 39; No. 1:25-cv-10106-LAP, ECF No. 65 at 17 ¶ 42.

First, the January 13, 2026, letter Plaintiffs filed (No. 1:25-cv-10094-LAP, ECF No. 30; No. 1:25-cv-10106-LAP, ECF No. 32) noted that archival copies of certain data that Perplexity created in November 2024 and May 2025 included the "then-available data reflecting whether users have clicked on links to sources that are linked in the search results" (the "Clickthrough Data"). *See id*. at 2. We have since become aware that the Clickthrough Data does not reside in the referenced archival copies, but instead is maintained separately from the databases included in the archival copies. Perplexity has nonetheless preserved, and is continuing to preserve, the Clickthrough Data.

The Honorable Loretta A. Preska
August 7, 2026
Page 2

Second, Perplexity's previous description of the archival copies in the Rule 26(f) reports as including data from six distinct months (No. 1:25-cv-10094-LAP, ECF No. 49 at 17 ¶ 39; No. 1:25-cv-10106-LAP, ECF No. 65 at 17 ¶ 42) should be understood to apply only to the user activity log data.  The two referenced archival copies of the RAG data, in contrast, reflect a snapshot of the existing RAG data at a single moment in time (i.e., a particular date in November 2024 and May 2025, respectively), and contain all data in the RAG database as of that time, not limited by a date restriction.

Respectfully submitted,

 /s/ Joseph R. Wetzel
Joseph R. Wetzel
LATHAM & WATKINS LLP
Counsel for Perplexity,
No. 1:25-cv-10094-LAP

 /s/ Bruce W. Baber[1]
Bruce W. Baber
KING & SPALDING LLP
Counsel for Perplexity,
No. 1:25-cv-10106-LAP

cc: All Counsel of Record (by ECF)

---

[1] Perplexity uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.