# Exhibit 1

## Requests for Production Related Exclusively to Training, Post-Training, and Fine-Tuning

| RFP No. | Full Text of RFP |
|---|---|
| 16 | Documents concerning the use of Plaintiffs' Content to train, post train, or fine tune Your Generative AI Products and Services. |
| 17 | Documents concerning all steps taken or contemplated to train, instruct, program, or refine Your Generative AI Products and Services using Plaintiffs' Content, including: (i) the use of Plaintiffs' Content in instruction/fine tuning; (ii) use of Plaintiffs' Content in Reinforcement Learning from Human Feedback ("RLHF") or Reinforcement Learning from AI Feedback ("RLAIF"), (iii) use of Plaintiffs' Content to train the reward component or function of RLHF or RLAIF, (iv) use of Plaintiffs' Content to evaluate a feature of any training datasets, such as classifying Plaintiffs' Content or identifying the quality of a training sample, and (v) RLHF moderator and ranking guidance, training materials and ranking factors, weighting or scoring factors, and results/output of the human annotators, moderators and reviewers. |
| 22 | The full model cards, data set cards, or system cards for each of Your Generative AI Models, including those not released to the public. |
| 23 | Documents concerning the training curricula, stages, iterations, cycles, batches, or epochs for Your Generative AI Models. |
| 24 | Documents sufficient to describe each aspect or phase of Your Generative AI Models, including any pre-training, training, fine-tuning, and any other refinement or development processes as well as any distinctions or differences between and among the aspects or phases. |
| 48 | Documents concerning Your communications with other LLM creators and developers of Generative AI Products and Services regarding the use of copyrighted content to train and operate Generative AI Models and Generative AI Products and Services. |
| 71 | Documents concerning use of Generative AI Models to create Synthetic Datasets. |

| | |
|---|---|
| 72 | Documents concerning Your use or contemplated use of Synthetic Datasets, including to fine tune Your Generative AI Models. |
| 91 | Documents, including any evaluations You conducted, concerning the ability or inability of Your Generative AI Models to engage in abstract reasoning or to derive principles, rules, or underlying facts from training data. |